

FILED

NOV 0 5 2018

Clerk, U S District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 16-03-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JOHNSON, | |
| Defendant. | |

Upon consideration of the United States' Motion and good cause appearing;

ORDERED:

The United States' Motion to Compel Answers to the Individual Combined Interrogatories and Request for Production[1] is Withdrawn.

DATED this 5th day of November 2018.

                                               *Sam E. Haddon*
SAM E. HADDON
United States District Court Judge

---

[1] Doc. 6.